IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KIJUAN HAASSAN SHARP,
        Plaintiff,
v.
ALBEMARLE DISTRICT JAIL,
        Defendant.

**Judgment in a Civil Case**

Case Number: 5:21-CT-3338-FL

**Decision by Court.**

Upon issuance of an order directing plaintiff to cure his deficiencies, the Honorable Louise Wood Flanagan, United States District Judge, directed that the action be dismissed without prejudice without further order of the court if plaintiff failed to comply.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for failure to prosecute.

This Judgment Filed and Entered on December 9, 2022, with service on:
Kijuan Haassan Sharp #66583-056   (via U.S. Mail)
Butner Medium II - F.C.I.
P.O. Box 1500
Butner, NC 27509

December 9, 2022

Peter A. Moore, Jr.
Clerk of Court

By: *Stephanie Mann*
Deputy Clerk